UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ROBERT RIVERA,

                                        Plaintiff,

                    -against-

THE CITY OF NEW YORK; Police Officers JOHN
and JANE DOES 1 through 10, individually and in
their official capacities, (the names John and Jane
Doe being fictitious, as the true names are presently
unknown),

                                        Defendants.
----------------------------------------------------------------X

**STIPULATION OF
SETTLEMENT AND ORDER OF
DISMISSAL**

12-CV-2550 (RRM)(JO)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   AUG 1 5 2012   ★

BROOKLYN OFFICE

   **WHEREAS,** plaintiff Robert Rivera commenced this action by filing a complaint

on or about May 21, 2012, alleging that defendants violated plaintiff's federal civil and state

common law rights; and

   **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's

allegations; and

   **WHEREAS,** the parties now desire to resolve the issues raised in this litigation,

without further proceedings and without admitting any fault or liability;

   **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms

set forth below;

   **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, as follows:

   1.   The above-referenced action is hereby dismissed against defendants, with

prejudice, and without costs, expenses, or attorneys' fees in excess of the amount specified in

paragraph "2" below.

2.    The City of New York hereby agrees to pay plaintiff **Three Thousand**

($3,000) **Dollars** in full satisfaction of all claims, including claims for costs, expenses and

attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of

all the claims against the defendants and to release the defendants, the City of New York, and

any present or former employees and agents of the City of New York or any entity represented

by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action

alleging a violation of plaintiff's civil rights, from the beginning of the world to the date of the

General Release, including claims for costs, expenses, and attorneys' fees.

3.    Plaintiff shall execute and deliver to defendant's attorney all documents

necessary to effect this settlement, including, without limitation, a General Release based on the

terms of paragraph 2 above and an Affidavit of Status of Liens. If Medicare has provided

payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to

tendering the requisite documents to effect this settlement, plaintiff shall have notified Medicare

and shall submit with the settlement documents a Medicare final demand letter for conditional

payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs

are found to be necessary pursuant to 42 U.S.C. §1395y(b) and 42 C.F.R. §§411.22 through

411.26.

4.    Nothing contained herein shall be deemed to be an admission by the

defendants that they have in any manner or way violated plaintiff's rights, or the rights of any

other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of

the United States, the State of New York, or the City of New York or any other rules, regulations

or bylaws of any department or subdivision of the City of New York. This stipulation shall not

be admissible in, nor is it related to, any other litigation or settlement negotiations.

2

5.      Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6.      Plaintiff agrees to hold harmless the defendants regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendant reserves the right to issue a multiparty settlement check, naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7.    This Stipulation and Order contains all the terms and conditions agreed

upon by the parties hereto, and no oral agreement entered into at any time nor any written

agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary

the terms and conditions contained herein.

Dated:  New York, New York
         _____, 2012


HARVIS MARINELLI SALEEM &
WRIGHT LLP
*Attorneys for plaintiff*
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-6880


By: _____
      ROBERT MARINELLI
      *Attorney for plaintiff*


MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 788-1652


By: _____
      MATTHEW J. MODAFFERI
      *Assistant Corporation Counsel*


SO ORDERED:

      s/Roslynn R. Mauskopf               5/14/2012
_____
HON. ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE


4